W. E. Davis, Plaintiff in Error, v. The Louisville & Nashville Railroad Company, Defendant in Error.

### In Banc.

Writ of error to Circuit Court, Jackson county; Lucius J. Reeves, Judge.

C. L. Wilson for plaintiff in error.

Liddon & Smith for defendant in error..

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. Judgment affirmed.

Decision *Per Curiam.*